Commonwealth, Appellant, *v.* G I Specialty Company.

Commonwealth, Appellant, *v.* Urban.

Commonwealth, Appellant, *v.* S & K Amusement Company.

Argued March 20, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Richard W. Hollstein,* Assistant Attorney General, with him *Michael Von Moschzisker,* Deputy District At-

torney, and *Robert P. Kane,* Attorney General, for Commonwealth, appellant.

*Anthony E. Creato,* with him *Mesirov, Gelman, Jaffe & Cramer,* for appellees.

OPINION PER CURIAM, June 24, 1975:

The order in appeal Nos. 100 and 102 is affirmed.

The order in appeal No. 101 is reversed, and the five cent bally skill parade console machine, serial No. 1016, covered in the appeal at No. 101 is also ordered forfeited and destroyed.